*In re* Estate of HARRY D. CROOKS, Deceased.—(BEN F. PFEIFER *et al.*, Plaintiffs-Appellants, *v.* ESTATE OF HARRY D. CROOKS, Deceased, *et al.*, Defendants-Appellees.)

(No. 60939;

First District (1st Division)—June 2, 1975.

*Rehearing denied September 15, 1975.*

Opinion by Mr. JUSTICE SIMON.

Ben F. Pfeifer, *pro se.*

David A. Stall, of Sundheim & Stall, of Chicago, for appellees.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* VLADO GAZIC, Defendant-Appellant.

(No. 60602;

First District (3rd Division)—June 5, 1975.

*Supplemental opinion upon denial of rehearing September 4, 1975.*